# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LIBERTARIAN PARTY OF NEW HAMPSHIRE, <br><br> and <br><br> JO JORGENSON <br><br> and <br><br> SPIKE COHEN, <br><br> and <br><br> DARRYL PERRY, <br><br> and <br><br> JUSTIN O'DONNELL <br><br> and <br><br> ZACK DUMONT <br><br> and <br><br> ANDREW OLDING, <br>    Plaintiffs, <br><br> v. <br><br> GOVERNOR CHRISTOPHER T. SUNUNU <br>In his official capacity as Governor of the State of New Hampshire <br><br> and <br><br> WILLIAM GARDNER, <br>in his official capacity as Secretary of State of the State of New Hampshire, <br>    Defendant | Civil Case No.: 1:20-cv-00688 |

1

# PLAINTIFFS' EMERGENCY VERIFIED MOTION FOR TEMPORARY RESTAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Federal Rules of Civil Procedure 65(a) and (b), and in view of the public health crisis precipitated by the Coronavirus pandemic known as COVID-19, and the ensuing emergency orders promulgated by the Governor of the State of New Hampshire, Plaintiffs Libertarian Party of New Hampshire and its candidates as well as the Libertarian Party candidates for President and Vice President respectfully move this Court to enter a temporary Restraining Order and/or Preliminary Injunction that prohibits Defendants from enforcing that part of the New Hampshire Election Code which requires Plaintiffs, as a condition of qualifying for the general election ballot, to collect a specified number of voter signatures on nomination papers prior to the filing deadline of August 3, 2020.

Plaintiffs request that this Court schedule an expedited hearing on this motion. They submit in support of their motion a Memorandum of Law, the Affidavit of Jilletta Jarvis and their proposed order.

Respectfully submitted,

Libertarian Party of
 New Hampshire

By It's attorneys,

Backus, Meyer & Branch, LLP

Dated:      6/9/20          By:          /s/ Jon Meyer
Jon Meyer, NH Bar # 1744
116 Lowell Street, P.O. Box 516
Manchester, NH 03105-0516
603-668-7272
*jmeyer@backusmeyer.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been delivered electronically to New Hampshire Attorney General, Gordon MacDonald, this 9th day of June, 2020.

/s/ Jon Meyer

Jon Meyer