# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **LIBERTARIAN PARTY OF NEW HAMPSHIRE,** ) <br> ) <br> and ) <br> ) <br> **JO JORGENSON** ) <br> ) <br> and ) <br> ) <br> **SPIKE COHEN,** ) <br> ) <br> and ) <br> ) <br> **DARRYL PERRY,** ) <br> ) <br> and ) <br> ) <br> **JUSTIN O'DONNELL** ) <br> ) <br> and ) <br> ) <br> **ZACK DUMONT** ) <br> ) <br> and ) <br> ) <br> **ANDREW OLDING,** ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> **GOVERNOR CHRISTOPHER T. SUNUNU** ) <br> **In his official capacity as Governor of the State of New Hampshire** ) <br> ) <br> and ) <br> ) <br> **WILLIAM GARDNER,** ) <br> **in his official capacity as Secretary of State of the State of New Hampshire,** ) <br>     Defendant ) | Civil Case No.: 1:20-cv-00688 |

# **PROPOSED ORDER**

Now, this \_\_\_\_ day of June, 2020, upon consideration of Plaintiffs' Verified Motion for Temporary Restraining Order and Preliminary Injunction and any opposition filed thereto, it is hereby ordered that the motion is granted. It is further ordered that Defendants, Governor Christopher T. Sununu and Secretary of State William Gardner are hereby enjoined from enforcing the nomination paper requirements imposed by NH RSA 655:42 against the Plaintiffs' in this proceeding.

It is further ordered that Defendant Gardner shall place the Plaintiffs on the New Hampshire November 3, 2020 general election ballot because they have demonstrated the requisite degree of community support by virtue of the Libertarian party candidates regular qualification for placement on the general election ballot in recent election cycles.

Because the issuance of this order does not place any financial burden on the State, Plaintiffs are not required to post bond.

So Ordered: _____  _____
                Date                                        Judge

Respectfully submitted,

Libertarian Party of
New Hampshire

By It's attorneys,

Backus, Meyer & Branch, LLP

Dated:    6/9/20                         By:      /s/ Jon Meyer
Jon Meyer, NH Bar # 1744
116 Lowell Street, P.O. Box 516
Manchester, NH 03105-0516
603-668-7272
*jmeyer@backusmeyer.com*