# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LIBERTARIAN PARTY OF NEW HAMPSHIRE, </br></br>and</br></br>JO JORGENSON</br></br>and</br></br>SPIKE COHEN,</br></br>and</br></br>DARRYL PERRY,</br></br>and</br></br>JUSTIN O'DONNELL</br></br>and</br></br>ZACK DUMONT</br></br>and</br></br>ANDREW OLDING,</br>    Plaintiffs,</br></br>v.</br></br>GOVERNOR CHRISTOPHER T. SUNNUNU</br>In his official capacity as Governor of the State of New Hampshire</br></br>and</br></br>WILLIAM GARDENER,</br>in his official capacity as Secretary of State of the State of New Hampshire,</br>    Defendant | Civil Case No.: 1:20-cv-00688 |

# AFFIDAVIT OF JILLETTA JARVIS IN SUPPORT OF REQUEST FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION

I, Jilletta Jarvis, being duly sworn do state the following of personal knowledge:

1. I am the Secretary of the Libertarian Party of New Hampshire.
2. The party has had candidates on the ballot for state-wide positions since at least 2008.
3. In most election cycles the party has secured the requisite number of signatures by solicitations including door-to-door, canvassing at public meetings and in front of supermarkets and other retailers.
4. These solicitation activities require the solicitor to come within 6 feet of the voter in order to be able to provide her with papers to be signed and communicate information without shouting.
5. The efforts we have been made to secure signatures through on-line or telephone solicitations have been unsuccessful, and have required the allocation of a disproportionate amount of resources.
6. In our experience, voters are understandingly reluctant to provide the required domicile and mailing address information in response to an on-line or telephonic request.

7. For this election cycle, it had been our intention to focus our solicitation activities during the spring and summer when the weather would be conducive to in-person solicitations. Further, our presidential candidates were not selected until May at the National Convention.

8. Under the circumstances of the pandemic, our party has concluded that normal solicitation activities would be inconsistent with the Governor's orders, and put the safety of solicitors and voters at risk.

9. We attempted to enter into negotiations with the Governor regarding an alternative route to getting our candidates on the ballot.

10. The Governor has refused to negotiate saying he has a potential conflict of interest.

_____
Jilletta Jarvis

STATE OF NEW HAMPSHIRE
COUNTY OF HILLSBOROUGH

The foregoing instrument was acknowledged before me this 5th day of June, 2020, by Jilletta Jarvis.

_____
Justice of the Peace/Notary Public
ARLENE C. WEINSTEIN, Notary Public
My Commission Expires June 24, 2020