# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | | |
|---|---|---|
| Libertarian Party of New Hampshire ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:20-cv-00688-JL |
| Governor Christopher T. Sununu, et al. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Govorner Christopher T. Sununu, in his official capacity as Governor of the State of New Hampshire; and William Gardner, in his official capacity as Secretary of State of the State of New Hampshire

Date:   06/24/2020

/s/ Daniel E. Will
*Attorney's signature*

Daniel E. Will, Bar No. 12176
*Printed name and bar number*

New Hampshire Department of Justice
33 Capitol Street, Concord, NH 03301
*Address*

daniel.will@doj.nh.gov
*E-mail address*

(603) 271-3650
*Telephone number*

(603) 271-2110
*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

H. Jonathan Meyer

Conventionally Served:

| 06/24/2020 | /s/ Daniel E. Will |
|---|---|
| Date | Signature |