```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Libertarian Party of
New Hampshire

    v.                          Civil No. 20-cv-688-JL

Governor, State of NH, et al.

### **PROCEDURAL ORDER:  PRELIMINARY INJUNCTION HEARING**

The hearing on the request for preliminary injunctive relief will be held **July 22, 2020 at 10:00 a.m.**  Counsel shall confer regarding the desired forum and format for the hearing.

On or before **3:00 p.m., July 14, 2020,** the parties shall jointly file:

- a **single timeline** setting forth all pertinent dates, times, and events, in whatever format the parties jointly choose (in other words, the parties need not comply with Local Rule 5.1(a) with respect to the timeline);

- a **single Statement of Agreed Facts** followed by a Statement of Disputed Facts.  The disputed facts are not an invitation to advocacy (i.e., "The plaintiff can not establish irreparable harm because....." or "There is a strong likelihood of success on the merits because....").  The parties should simply list facts they intend to establish at the hearing, or which they contend will not be established at the hearing.

On or before **3:00 p.m. on July 17, 2020,** each party shall file:

- a witness list;

- an exhibit list; and

- proposed findings of fact and rulings of law.

Counsel shall confer (preferably in person, or else by telephone) in a good-faith effort to identify all areas of agreement and to make the statement of facts and timeline as comprehensive as possible, so that open court testimony can focus on matters truly in dispute. Counsel are expressly discouraged from simply "recycling" factual statements submitted during previous motion practice in this case.

Counsel shall confer before the hearing to identify all areas of agreement and disagreement as to the admissibility of each exhibit.

On or before **3:00 p.m. on July 18, 2020,** the plaintiff shall file a proposed order in compliance with Rule 65 and Local Rule 65.1. The order shall specifically address the amount of the bond, if any, under Rule 65(c).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: June 25, 2020

cc: H. Jonathan Meyer, Esq.
    Daniel E. Will, Esq.