# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **LIBERTARIAN PARTY OF NEW HAMPSHIRE,** </br></br> and </br></br> **JO JORGENSON** </br></br> and </br></br> **SPIKE COHEN,** </br></br> and </br></br> **DARRYL PERRY,** </br></br> and </br></br> **JUSTIN O'DONNELL** </br></br> and </br></br> **ZACK DUMONT** </br></br> and </br></br> **ANDREW OLDING,** </br>    Plaintiffs, </br></br> v. </br></br> **GOVERNOR CHRISTOPHER T. SUNUNU** </br> **In his official capacity as Governor of the State of New Hampshire** </br></br> and </br></br> **WILLIAM GARDNER,** </br> **in his official capacity as Secretary of State of the State of New Hampshire,** </br>    Defendant | Civil Case No.: 1:20-cv-00688 |

# PLAINTIFFS' ASSENTED TO MOTION TO EXTEND

NOW COMES the Plaintiff, by and through their attorneys, Backus, Meyer & Branch, LLP, and respectfully requests the following minor modifications in the pre-hearing schedule:

1. Plaintiff's Reply Memo to Defendant's Objection:  Monday, July 13, 2020.
2. Parties' agreed Statement of Fact:  Wednesday, July 15, 2020.
3. Witness and Exhibit List:  Friday, July 17, 2020.
4. Plaintiff's Proposed Order:  Monday, July 20, 2020.

Plaintiff further states that the additional time is requested to properly present the issues before the court.

Counsel for the State has no objection to the granting of this motion.

Respectfully submitted,

Libertarian Party of
 New Hampshire

By It's attorneys,

Backus, Meyer & Branch, LLP

Dated:  7/8/20          By:     /s/ Jon Meyer
Jon Meyer, NH Bar # 1744
116 Lowell Street, P.O. Box 516
Manchester, NH 03105-0516
603-668-7272
[jmeyer@backusmeyer.com](mailto:jmeyer@backusmeyer.com)

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been delivered electronically, via ECF/NexGen, this 8th day of July, 2020 to all counsel of record.

      /s/ Jon Meyer

      Jon Meyer