# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LIBERTARIAN PARTY OF NEW HAMPSHIRE, and JO JORGENSON, and SPIKE COHEN, and DARRYL PERRY, and JUSTIN O'DONNELL and ZACK DUMONT and ANDREW OLDING, Plaintiffs, v. GOVERNOR CHRISTOPHER T. SUNUNU In his official capacity as Governor of the State of New Hampshire and WILLIAM GARDNER, in his official capacity as Secretary of State of the State of New Hampshire, Defendant | Civil Case No.: 1:20-cv-00688 |

## ASSENTED TO MOTION TO EXTEND PAGE LIMIT FOR REPLY MEMORANDUM

NOW COMES the Plaintiff and state as follows:

1. Plaintiffs are filing this Memorandum in response to Defendants' 29 page Objection.

2. Plaintiff requires additional pages beyond the 10 page limit contained in Local Rule 7.1 for Reply Memorandums (assuming it is applicable to injunction hearings) to respond to the arguments contained in the Defendants' Memorandum.

3. The Defendants have no objection to the granting of this motion.

Respectfully submitted,

Libertarian Party of
 New Hampshire

By It's attorneys,

Backus, Meyer & Branch, LLP

Dated:     7/13/20         By:        /s/ Jon Meyer
                                Jon Meyer, NH Bar # 1744
                                116 Lowell Street, P.O. Box 516
                                Manchester, NH 03105-0516
                                603-668-7272
                                *jmeyer@backusmeyer.com*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been delivered electronically, via ECF/NexGen, this 13th day of July, 2020 to all counsel of record.

                                      <u>/s/ Jon Meyer</u>

                                      Jon Meyer