**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
*************************************
LIBERTARIAN PARTY OF            *
NEW HAMPSHIRE, et al            *
                                *
        Plaintiffs,             *
    v.                          *        Civil No. 1:20-cv-00688-JL
                                *
GOVERNOR CHRISTOPHER T.         *
SUNUNU, Governor of the State of *
New Hampshire, in his official capacity, *
                                *
        and                     *
                                *
WILLIAM M. GARDNER, Secretary of *
State of the State of New Hampshire, *
in his official capacity,       *
                                *
        Defendants.             *
                                *
*************************************
```

## ASSENTED-TO MOTION TO EXTEND TIME TO SUBMIT JOINT STATEMENT OF FACTS UNTIL JULY 16, 2020

NOW COMES Governor Christopher T. Sununu, in his official capacity as Governor of the State of New Hampshire ("Governor") and William M. Gardner, in his official capacity as Secretary of State for the State of New Hampshire ("Secretary of State") (collectively "State"), by and through their counsel, the New Hampshire Office of the Attorney General, and respectfully submit this assented-to motion to extend time to file the joint statement of facts until July 16, 2020. In support, the State states as follows:

1.      In advance of the preliminary injunction hearing on July 22, 2020, this Court set a deadline of July 14, 2020 for the parties to submit a joint statement of facts.

2. The parties have been working on the joint statement, but require an additional two days in which to complete it.  Accordingly, the State requests an extension of the deadline to file the joint statement of facts until July 16, 2020.

3. The relief requested herein will not require the continuance of any hearing scheduled in this action.

4. Counsel for the plaintiffs, Jon Meyer, Esquire, assents to the relief requested herein.

WHEREFORE, the State respectfully requests that this Court:

A.     Extend the deadline in which to file the joint statement of facts until July 16, 2020; and

B.     Grant such further and other relief as this Court deems just, equitable and proper.

Respectfully submitted,

CHRISTOPHER T. SUNUNU,
GOVERNOR OF THE STATE OF NEW HAMPSHIRE

and

WILLIAM GARDNER,
NEW HAMPSHIRE SECRETARY OF STATE

By their attorneys,

GORDON J. MACDONALD
ATTORNEY GENERAL

July 14, 2020

*/s/ Daniel E. Will*
Daniel E. Will, Bar #12176
Solicitor General

*/s/Laura E. Lombardi*
Laura E. Lombardi, Bar #12821
Senior Assistant Attorney General

*/s/Sean R. Locke*
Sean R. Locke, Bar #265290
Assistant Attorney General

New Hampshire Department of Justice
Office of the Attorney General
33 Capitol Street, Concord, NH  03301-6397
(603) 271-3650

## CERTIFICATE OF SERVICE

I, Daniel E. Will, hereby certify that a copy of the foregoing assented-to motion to extend time to submit joint statement of facts was sent via the court's e-filing system to H. Jonathan Meyer, Esquire, counsel for the Plaintiffs.

July 14, 2020                    _/s/ Daniel E. Will_
                                 Daniel E. Will