UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
*************************************
LIBERTARIAN PARTY OF                  *
NEW HAMPSHIRE, et al                  *
                                      *
         Plaintiffs,                  *
    v.                                *    Civil No. 1:20-cv-00688-JL
                                      *
GOVERNOR CHRISTOPHER T.               *
SUNUNU, Governor of the State of      *
New Hampshire, in his official capacity, *
                                      *
         And                          *
                                      *
WILLIAM M. GARDNER, Secretary of      *
State of the State of New Hampshire,  *
in his official capacity,             *
                                      *
         Defendants.                  *
                                      *
*************************************
```

## ASSENTED-TO MOTION TO EXTEND SURREPLY PAGE LIMIT

NOW COMES Governor Christopher T. Sununu, in his official capacity as Governor of the State of New Hampshire ("Governor") and William M. Gardner, in his official capacity as Secretary of State for the State of New Hampshire ("Secretary of State") (collectively "State"), by and through their counsel, the New Hampshire Office of the Attorney General, and respectfully submit this assented-to motion to extend the page limit for their surreply to respond to the plaintiffs' reply to the State's objection to their motion for preliminary injunction, and state as follows:

1. With their reply, the plaintiffs submitted a supplemental affidavit and cited to law not previously cited. Local Rule 7.1(e)(3) limits surreplies to five pages. The State requires

additional pages in which to respond to the points raised in the plaintiffs' reply, and seeks leave to file a surreply that is eleven pages in length.

2. Counsel for the plaintiffs, Jon Meyer, Esquire, has been contacted and assents to the relief requested herein.

3. Due to the discretionary nature of the relief requested herein, no accompanying memorandum of law is necessary. *See* LR 7.1(a)(2).

WHEREFORE, the State respectfully requests that this Court:

    A. Extend the State's surreply page limit to eleven; and

    B. Grant such further and other relief as this Court deems just, equitable and proper.

Respectfully submitted,

CHRISTOPHER T. SUNUNU,
GOVERNOR OF THE STATE OF NEW HAMPSHIRE

and

WILLIAM GARDNER, NEW HAMPSHIRE SECRETARY OF STATE

By their attorneys,

GORDON J. MACDONALD
ATTORNEY GENERAL

July 20, 2020

*/s/ Daniel E. Will*
Daniel E. Will, Bar #12176
Solicitor General

*/s/Laura E. Lombardi*
Laura E. Lombardi, Bar #12821
Senior Assistant Attorney General

New Hampshire Department of Justice
Office of the Attorney General
33 Capitol Street, Concord, NH 03301-6397
(603) 271-3650

## CERTIFICATE OF SERVICE

I, Daniel E. Will, hereby certify that a copy of the foregoing assented-to motion to extend surreply page limit was sent via the court's e-filing system to Jonathan Meyer, Esquire, counsel for the Plaintiffs.

July 20, 2020 */s/ Daniel E. Will*
Daniel E. Will