# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LIBERTARIAN PARTY OF NEW HAMPSHIRE, <br><br> and <br><br> JO JORGENSON <br><br> and <br><br> SPIKE COHEN, <br><br> and <br><br> DARRYL PERRY, <br><br> and <br><br> JUSTIN O'DONNELL <br><br> and <br><br> ZACK DUMONT <br><br> and <br><br> ANDREW OLDING, <br>    Plaintiffs, <br><br> v. <br><br> GOVERNOR CHRISTOPHER T. SUNUNU <br> In his official capacity as Governor of the State of New Hampshire <br><br> and <br><br> WILLIAM GARDNER, <br> in his official capacity as Secretary of State of the State of New Hampshire, <br>    Defendant | Civil Case No.: 1:20-cv-00688 |

# PLAINTIFFS' PROPOSED ORDER

NOW COMES the Plaintiffs and propose the following attached order:

Now this \_\_\_\_ day of July 2020 upon consideration of this Verified Motion for a Preliminary Injunction and the testimony, exhibits and argument presented at the hearing upon that motion, it is hereby ordered that the motion is granted.

It is further ordered that Defendants, Governor Christopher T. Sununu and William Gardner, Secretary of State:

A. Place the individual Plaintiffs on the general election ballot; or

B. Reduce the nomination papers requirement by 50%; or

C. Take such other action as is agreed to between the parties to preserve the Plaintiffs' constitutional rights.

Because the issuance of this order does not place any financial burden on the Defendants, Plaintiffs are not required to post a bond.

So Ordered:  _____           _____
              Date                    Judge

Respectfully submitted,

Libertarian Party of
 New Hampshire

By It's attorneys,

Backus, Meyer & Branch, LLP

Dated: 7/21/20  By: /s/ Jon Meyer
Jon Meyer, NH Bar # 1744
116 Lowell Street, P.O. Box 516
Manchester, NH 03105-0516
603-668-7272
*jmeyer@backusmeyer.com*