UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **LIBERTARIAN PARTY OF NEW HAMPSHIRE,** and **JO JORGENSON** and **SPIKE COHEN,** and **DARRYL PERRY,** and **JUSTIN O'DONNELL** and **ZACK DUMONT** and **ANDREW OLDING,** Plaintiffs, v. **GOVERNOR CHRISTOPHER T. SUNUNU** In his official capacity as Governor of the State of New Hampshire and **WILLIAM GARDNER,** in his official capacity as Secretary of State of the State of New Hampshire, Defendant | Civil Case No.: 1:20-cv-00688 |

1

# PLAINTIFFS' MOTION TO CONSOLIDATE THE PRELIMINARY INJUNCTION HEARING WITH THE FINAL HEARING

NOW COMES the Plaintiffs, by and through their attorneys, Backus, Meyer & Branch, LLP, and respectfully request that this Court, pursuant to Rule 65(a)(2) consolidate the preliminary injunction hearing with a trial on the merits, stating as follows:

1. A consolidation of the hearing with a trial on the merits would conserve resources and conform with the time parameters applicable to this case.
2. Counsel for the Defendants have been advised of this motion, but has not communicated their position.

                Respectfully submitted,

                Libertarian Party of
                New Hampshire

                By It's attorneys,

                Backus, Meyer & Branch, LLP

Dated:    7/21/20                By:    /s/ Jon Meyer
                                                        Jon Meyer, NH Bar # 1744
                                                        116 Lowell Street, P.O. Box 516
                                                        Manchester, NH 03105-0516
                                                        603-668-7272
                                                        *jmeyer@backusmeyer.com*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been delivered electronically, via ECF/NexGen, this 21st day of July, 2020 to all counsel of record.

                                                /s/ Jon Meyer

                                                Jon Meyer