# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LIBERTARIAN PARTY OF NEW HAMPSHIRE, <br><br> and <br><br> JO JORGENSON <br><br> and <br><br> SPIKE COHEN, <br><br> and <br><br> DARRYL PERRY, <br><br> and <br><br> JUSTIN O'DONNELL <br><br> and <br><br> ZACK DUMONT <br><br> and <br><br> ANDREW OLDING, <br>    Plaintiffs, <br><br> v. <br><br> GOVERNOR CHRISTOPHER T. SUNUNU <br> In his official capacity as Governor of the State of New Hampshire <br><br> and <br><br> WILLIAM GARDNER, <br> in his official capacity as Secretary of State of the State of New Hampshire, <br>    Defendant | Civil Case No.: 1:20-cv-00688 |

## MOTION FOR LEAVE TO FILE A TABLE OF ADDITIONAL AUTHORITIES

NOW COMES the Plaintiffs, by and through their attorneys, Backus, Meyer & Branch, LLP, and respectfully requests leave to file additional authorities stating as follows:

1. Plaintiffs seeks leave to file a listing of recent supporting federal district court decisions which were not available to them at the time of the original preliminary injunction filing.

**2.** This listing is being provided in response to the additional authority provided in Defendants' Surreply.

3. The listing is not annotated except for the Westlaw citation, identification of the court, and date of opinion.

Respectfully submitted,

Libertarian Party of
 New Hampshire

By It's attorneys,

Backus, Meyer & Branch, LLP

Dated:  7/23/20        By:      /s/ Jon Meyer
                                Jon Meyer, NH Bar # 1744
                                116 Lowell Street, P.O. Box 516
                                Manchester, NH 03105-0516
                                603-668-7272
                                jmeyer@backusmeyer.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been delivered electronically, via ECF/NexGen, this 23rd day of July, 2020 to all counsel of record.

                                                  /s/ Jon Meyer

                                                  Jon Meyer