# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LIBERTARIAN PARTY OF NEW HAMPSHIRE, )<br>)<br>and )<br>)<br>JO JORGENSON )<br>)<br>and )<br>)<br>SPIKE COHEN, )<br>)<br>and )<br>)<br>DARRYL PERRY, )<br>)<br>and )<br>)<br>JUSTIN O'DONNELL )<br>)<br>and )<br>)<br>ZACK DUMONT )<br>)<br>and )<br>)<br>ANDREW OLDING, )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>GOVERNOR CHRISTOPHER T. SUNUNU )<br>In his official capacity as )<br>Governor of the )<br>State of New Hampshire )<br>)<br>and )<br>)<br>WILLIAM GARDNER, )<br>in his official capacity as )<br>Secretary of State of the )<br>State of New Hampshire, )<br>    Defendant ) | Civil Case No.: 1:20-cv-00688 |

# TABLE OF ADDITIONAL AUTHORITIES

NOW COME the Plaintiffs, by and through their attorneys, Backus, Meyer & Branch, LLP, and states the following Additional Authorities:

1. Acosta v. Pablo Restrepo, 2020 WL 3495777 (D. R.I. 6/25/2020).
2. Fair Maps Nevada v. Cegavske, 2020 WL 2798018 (D. Nev. 5/29/2020),
3. People Not Politicians v. Clarno, 2020 WL 3960440 (D. Ore. 7/13/2020).
4. Reclaim Idaho v. Little, 2020 WL 3490216 (D. Idaho 6/26/2020).
5. Sawari Media LLC v. Whitmer, 2020 WL 3097266 (D. Mich. 6/11/2020), stay denied, 2020 WL 3603684 (6th Cir., 7/2/2020).
6. The Constitution Party of Virginia v. Virginia Board of Elections, 2020 WL 4001087 (E.D. Va. 7/15/2020).

Respectfully submitted,

Libertarian Party of
 New Hampshire

By It's attorneys,

Backus, Meyer & Branch, LLP

Dated:  7/23/20          By:        /s/ Jon Meyer
                                Jon Meyer, NH Bar # 1744
                                116 Lowell Street, P.O. Box 516
                                Manchester, NH 03105-0516
                                603-668-7272
                                jmeyer@backusmeyer.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been delivered electronically, via ECF/NexGen, this 23rd day of July, 2020 to all counsel of record.

/s/ Jon Meyer

Jon Meyer
