U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUL 24 2020

FILED

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LIBERTARIAN PARTY OF NEW HAMPSHIRE, </br></br>and</br></br>JO JORGENSON</br></br>and</br></br>SPIKE COHEN,</br></br>and</br></br>DARRYL PERRY,</br></br>and</br></br>JUSTIN O'DONNELL</br></br>and</br></br>ZACK DUMONT</br></br>and</br></br>ANDREW OLDING,</br>   Plaintiffs,</br></br>v.</br></br>GOVERNOR CHRISTOPHER T. SUNUNU</br>In his official capacity as Governor of the State of New Hampshire</br></br>and</br></br>WILLIAM GARDNER,</br>in his official capacity as Secretary of State of the State of New Hampshire,</br>   Defendant | Civil Case No.: 1:20-cv-00688 |

1

**PLAINTIFFS' EXHIBIT LIST**

| Number | Description |
| --- | --- |
| 7.24.20 1 (id) | Sample nomination petition. |
| 7.24.20 2 (id) | The final report of the Select Committee on 2020 Emergency Election Support. |
| 7.22.20 3 (id) | Somersworth Police Department log for 7/11/2020. |
| 4 (id) | New Hampshire Executive Order 2020-04. |
| 5 (id) | New Hampshire Executive Order 2020-05. |
| 6 (id) | New Hampshire Executive Order 2020-08 |
| 7 (id) | New Hampshire Executive Order 2020-09 |
| 8 (id) | New Hampshire Executive Order 2020-10. |
| 9 (id) | New Hampshire Executive Order 2020-14. |
| 10 (id) | Emergency Order #2. |
| 11 (id) | Emergency Order #16. |
| 12 (id) | Emergency Order #17. |
| 13 (id) | Emergency Order #40. |
| 14 (id) | Emergency Order #49. |

(Items 4–14 bracketed together: 7.24.20)

7.24.20

15 (id)  Emergency Order #52.

16 (id)  Libertarian Party letter to Secretary Gardner and cover email from Brian Shields.

17 (id)  Darryl Perry, Petition for Redress to the Governor.

18 (id)  April 30th email from Jilletta Jarvis to John Formella, Governor's Counsel.

Respectfully submitted,

Libertarian Party of
New Hampshire

By It's attorneys,

Backus, Meyer & Branch, LLP

Dated: 7/21/20          By:   /s/ Jon Meyer
                              Jon Meyer, NH Bar # 1744
                              116 Lowell Street, P.O. Box 516
                              Manchester, NH 03105-0516
                              603-668-7272
                              jmeyer@backusmeyer.com