U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
JUL 24 2020
FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*************************************
LIBERTARIAN PARTY OF              *
NEW HAMPSHIRE, et al              *
                                  *
         Plaintiffs,              *
    v.                            *   Civil No. 1:20-cv-00688-JL
                                  *
GOVERNOR CHRISTOPHER T.           *
SUNUNU, Governor of the State of  *
New Hampshire, in his official capacity, *
                                  *
         And                      *
                                  *
WILLIAM M. GARDNER, Secretary of  *
State of the State of New Hampshire, *
in his official capacity,         *
                                  *
         Defendants.              *
                                  *
*************************************

## DEFENDANTS' AMENDED PRELIMINARY INJUNCTION FINAL EXHIBIT LIST

NOW COMES Governor Christopher T. Sununu, in his official capacity as Governor of the State of New Hampshire ("Governor") and William M. Gardner, in his official capacity as Secretary of State for the State of New Hampshire ("Secretary of State") (collectively "State"), by and through their counsel, the New Hampshire Office of the Attorney General, and, per this Court's order, respectfully submits this exhibit list in advance of the hearing on the plaintiffs' motion for preliminary injunction.

I.  **Expect to Offer**

The defendants expect to offer the following exhibits at trial (excluding exhibits to be used solely for impeachment):

| No. | Date | Bates / Dep. Ex. No. | Description |
|---|---|---|---|
| A (ID) 7.22.20 | n/a | n/a | Libertarian nomination paper, Congressional District 1 (from Libertarian Party of New Hampshire website) |
| B (ID) 7.22.20 | n/a | n/a | Libertarian nomination paper, Congressional District 2 (from Libertarian Party of New Hampshire website) |
| C (ID) 7.22.20 | 7/16/20 | n/a | Libertarian Party of New Hampshire Ballot Access Drive web page |

## II. May Offer

The defendants may offer the following exhibits at trial (excluding exhibits to be used solely for impeachment):

| No. | Date | Bates / Dep. Ex. No. | Description |
|---|---|---|---|
| D (ID) | 3/23/20 | n/a | Governor's Emergency Order #16 |
| E (ID) | 3/26/20 | n/a | Governor's Emergency Order #17 |
| F (ID) | 6/15/20 | n/a | Governor's Emergency Order #52 |
| G (ID) | 6/15/20 (updated 6/29/20) | n/a | Governor's COVID-19 Reopening Guidance – Beaches |
| H (ID) | 6/29/20 | n/a | Governor's COVID-19 Reopening Guidance – Food Service Industry |
| I (ID) | 7/17/20 | n/a | Re-open NH Events Facebook Page |
| J (ID) | 7/17/20 | n/a | Re-open NH Independence Day Rally Facebook Post |
| K (ID) | 7/17/20 | n/a | Re-open NH About Facebook Page |
| L (ID) | 5/1/20 | n/a | Governor's Emergency Order #40 |

(7.24.20 bracket spans D–L)

Respectfully submitted,

CHRISTOPHER T. SUNUNU,
GOVERNOR OF THE STATE OF NEW HAMPSHIRE

and

WILLIAM GARDNER, NEW HAMPSHIRE SECRETARY OF STATE

By their attorneys,

GORDON J. MACDONALD
ATTORNEY GENERAL

July 21, 2020

/s/ Daniel E. Will
Daniel E. Will, Bar #12176
Solicitor General

/s/Laura E. Lombardi
Laura E. Lombardi, Bar #12821
Senior Assistant Attorney General

New Hampshire Department of Justice
Office of the Attorney General
33 Capitol Street, Concord, NH 03301-6397
(603) 271-3650

## CERTIFICATE OF SERVICE

I, Daniel E. Will, hereby certify that a copy of the foregoing defendants' preliminary injunction exhibit list was sent via the court's e-filing system to Jonathan Meyer, Esquire, counsel for the Plaintiffs.

July 21, 2020  /s/ *Daniel E. Will*
Daniel E. Will