UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| LIBERTARIAN PARTY OF NEW HAMPSHIRE, et al | \* \* \* |
| Plaintiffs, | \* |
| v. | \* Civil No. 1:20-cv-00688-JL |
| | \* |
| GOVERNOR CHRISTOPHER T. SUNUNU, Governor of the State of New Hampshire, in his official capacity, | \* \* \* \* |
| And | \* \* |
| WILLIAM M. GARDNER, Secretary of State of the State of New Hampshire, in his official capacity, | \* \* \* \* |
| Defendants. | \* \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RESPONSE AND NOTICE OF ASSENT TO PLAINTIFFS' MOTION TO CONSOLIDATE THE PRELIMINARY INJUNCTION HEARING WITH THE FINAL HEARING

NOW COME Governor Christopher T. Sununu, in his official capacity as Governor of the State of New Hampshire ("Governor") and William M. Gardner, in his official capacity as Secretary of State for the State of New Hampshire ("Secretary of State") (collectively "State"), by and through their counsel, the New Hampshire Office of the Attorney General, and submit this response to the plaintiffs' motion to consolidated the preliminary injunction hearing with the final hearing, and state as follows:

1. In the time since the plaintiffs filed this motion, this Court, on July 28, 2020, issued the preliminary injunction order.

2. The State now assents to the relief requested in the plaintiffs' motion, which, if granted, will result in the preliminary injunction order becoming the final order.

WHEREFORE, the State respectfully requests that this Court:

    A.    Enter the preliminary injunction order as the final order in this action; and

    B.    Grant such further and other relief as this Court deems just, equitable and proper.

Respectfully submitted,

CHRISTOPHER T. SUNUNU,
GOVERNOR OF THE STATE OF NEW HAMPSHIRE

and

WILLIAM GARDNER,
NEW HAMPSHIRE SECRETARY OF STATE

By their attorneys,

GORDON J. MACDONALD
ATTORNEY GENERAL

August 4, 2020

*/s/ Daniel E. Will*
Daniel E. Will, Bar #12176
Solicitor General

*/s/Laura E. Lombardi*
Laura E. Lombardi, Bar #12821
Senior Assistant Attorney General

New Hampshire Department of Justice
Office of the Attorney General
33 Capitol Street, Concord, NH 03301-6397
(603) 271-3650

## **CERTIFICATE OF SERVICE**

I, Daniel E. Will, hereby certify that a copy of the foregoing response and notice of assent to plaintiffs' motion to consolidate the preliminary injunction hearing with the final hearing was sent via the court's e-filing system to Jonathan Meyer, Esquire, counsel for the plaintiffs.


August 4, 2020                     */s/ Daniel E. Will*
                                   Daniel E. Will