```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Libertarian Party of New Hampshire, et al.

    v.

                                      Case No. 20-cv-688-JL

Governor, State of NH, et al.

## JUDGMENT

    Judgment is hereby entered in accordance with the Orders of Judge Joseph N. Laplante dated July 28, 2020 and August 20, 2020.

    The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                              By the Court:

                                              /s/Tracy A. Uhrin

                                              _____
                                              Tracy A. Uhrin
                                              Chief Deputy Clerk

Date: September 4, 2020

cc:   H. Jonathan Meyer, Esq.
      Daniel E. Will, Esq.
      Laura E.B. Lombardi, Esq.
      Sean R. Locke, Esq.